DOCKET NUMBER:   CR 18-0086 (FB)

## CRIMINAL CAUSE FOR Pleading and Bail Hearing

**BEFORE JUDGE:** James Orenstein, USMJ   **DATE:** 2/27/18   **TIME IN COURT** 40 MINS

**DEFENDANT'S NAME:** Steve Wiggington   **DEFENDANT'S #:** 1

☒ Present   ☐ Not Present   ☐ Custody   ☒ Not Custody

**DEFENSE COUNSEL:** Elizabeth Kase, Alfredo Mendez

☐ Federal Defender   ☐ CJA   ☒ Retained

**A.U.S.A.:** Mark Bini, Special Agent Matthew McGuirre

**PRETRIAL OFFICER:** Mallori Brady

**CASE MANAGER OR MAGISTRATE CLERICAL:** Alicia Guy

**FTR:** 3:13 - 3:53

- ☒ Case Called
- ☒ Allocution/Plea Agreement Hearing (~*Util-Plea Entered*)
- ☒ Deft. Sworn and Informed of Rights
- ☒ Waiver of Indictment Executed
- ☒ Information Filed
- ☒ Deft. Enters a Plea of Guilty to the Information
- ☒ Court Finds Factual Basis for the Plea
- ☒ Bail was set for the Deft.
- ☒ Sentencing will be scheduled by the Probation Dept.
- ☒ Transcript Ordered

**UTILITIES**

☒ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☒ ~Util-Bond Set/Reset
☐ ~Util-Ex parte Matter   ☐ ~Util-Indictment Unsealed

**Do these minutes contain ruling(s) on motion(s)?**   ☐ YES   ☒ NO

**TEXT:**
- Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted. Court Exhibit 1 marked and returned to the Government.
- No later than March 6, 2018, the defendant's wife must appear in court to sign the posted bond.